DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT HESLIN TRASK** d/b/a
**ALLTIME TOWING & AUTOMOTIVE LLC,**
Appellant,

v.

**PAYROLL LLC.,**
Appellee.

No. 4D2025-3456

[July 30, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Matthew Brooks Hurley, Judge; L.T. Case No. 062024CC034050AXXXNO.

Herbert B. Dell of Herbert B. Dell, P.A., Fort Lauderdale, for appellant.

Scott James Edwards of Scott J. Edwards, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***